UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

George Medlin,

                Petitioner,

-against-

William Keyser and Barbara Underwood,

                Respondents.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2021
```

1:18-cv-05928 (ER) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Oral argument shall be held on Monday, January 10, 2022 at 2:00 p.m. in Courtroom 11C, 500 Pearl Street, New York, New York 10007. Members of the public may use the following dial-in information: (888) 278-0296 or (214) 765-0479; access code 6489745.

**SO ORDERED.**

DATED:   New York, New York
             December 3, 2021

_____
United States Magistrate Judge