UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

George Medlin,

                                               Petitioner,

       -against-

William Keyser and Barbara Underwood,

                                               Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/2021

1:18-cv-05928 (ER) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

In light of recent public health developments, the previously scheduled oral argument on Monday, January 10, 2022 at 2:00 p.m. (*see* ECF No. 38) shall be conducted by telephone rather than in person. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:   New York, New York
               December 27, 2021

_____
United States Magistrate Judge