UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE MEDLIN,

                Petitioner,

– against –

JEFFREY A. TEDFORD, and BARBARA UNDERWOOD,

                Respondents.

**ORDER**

18 Civ. 5928 (ER) (SDA)

RAMOS, D.J.:

      Magistrate Judge Stewart D. Aaron issued a Report and Recommendation in this matter on January 18, 2022.  Doc. 42.  Petitioner Medlin filed objections to the Report and Recommendation on February 10, 2022.  Doc. 46.  The Court directed respondents to submit a response by March 4, 2022.  Doc. 47.  As of this date, respondents have not submitted a response.  Respondents are therefore directed to submit a response by April 27, 2022.  Failure to do so will result in the Court deeming the objections unopposed.

      SO ORDERED.

Dated:  April 6, 2022
           New York, New York

                                                Edgardo Ramos, U.S.D.J.